BENJAMIN B. WAGNER
United States Attorney
IAN L. GARRIQUES
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:11-cr-00242 LJO |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS |
| | ) | CONFERENCE; [PROPOSED] ORDER |
| v. | ) | |
| | ) | Date: November 14, 2011 |
| DANIEL VASQUEZ-MIRANDA and | ) | Time: 1:00 p.m. |
| ZOILA VAZQUEZ-VAZQUEZ, | ) | Judge: Hon. Lawrence J. O'Neill |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the status conference now set for October 28, 2011, may be continued to **November 14, 2011, at 1:00 p.m.**

The reason for the continuance is to allow for further case preparation, investigation, and plea negotiations. Specifically, the parties reached a tentative oral agreement this afternoon, which needs to be reduced to writing. The continuance is necessary to allow the government to prepare and send a new written offer to defendants and for time for defense counsel to review the revised offers with defendants. The parties stipulate

and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial and that the delay from the continuance shall be excluded from the calculation of time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

Dated: October 27, 2011  Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Ian L. Garriques
IAN L. GARRIQUES
Assistant U.S. Attorney

Dated: October 27, 2011  By: /s/ Jeremy S. Kroger
JEREMY S. KROGER
Attorney for Defendant
DANIEL VASQUEZ-MIRANDA

Dated: October 27, 2011  By: /s/ Katherine L. Hart
KATHERINE L. HART
Attorney for Defendant
ZOILA VAZQUEZ-VAZQUEZ

# **O R D E R**

The intervening period of delay shall be excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

**Dated:   October 27, 2011**        /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE