```
1  BENJAMIN B. WAGNER
   United States Attorney
2  IAN L. GARRIQUES
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, CA 93721
   Telephone:(559) 497-4000
5

6  Attorneys for the
   United States of America
7
```

8        UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:11-CR-00242 LJO |
| Plaintiff, | ) | PRELIMINARY ORDER OF FORFEITURE |
| v. | ) | |
| DANIEL VASQUEZ-MIRANDA, and ZOILA VAZQUEZ-VAZQUEZ, | ) | |
| Defendants. | ) | |

Based upon the plea agreement entered into between plaintiff United States of America and defendants Daniel Vasquez-Miranda and Zoila Vazquez-Vazquez, it is hereby

ORDERED, ADJUDGED, AND DECREED as follows:

1. Pursuant to 18 U.S.C. §§ 982(a)(6)(A)(ii)(II) and 1028(b), defendants Daniel Vasquez-Miranda and Zoila Vazquez-Vazquez' interests in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    1. Microsoft Thumb Drive P/N X803633;

    2. Black Thumb drive BM70911502;

|   |   |     |                                      |
|---|---|-----|--------------------------------------|
| 1 |   | 3.  | Logitech Thumb Drive P/N 831778-0000; |
| 2 |   | 4.  | Sony Memory Stick 1 GB;              |
| 3 |   | 5.  | HP Office Jet 6310;                  |
| 4 |   | 6.  | Two (2)Oki Printers N31171A;         |
| 5 |   | 7.  | Acer Monitor X183HV;                 |
| 6 |   | 8.  | Computer Tower;                      |
| 7 |   | 9.  | Three (3) Laminators (Model PL4A);   |
| 8 |   | 10. | Zebra Card Maker P330I;              |
| 9 |   | 11. | Ink and LaserJet Cartridges;         |
|10 |   | 12. | Compact Discs;                       |
|11 |   | 13. | Card Stock;                          |
|12 |   | 14. | Paper Cutter; and                    |
|13 |   | 15. | Laminating Supplies.                 |

2. The above-listed property constitutes property used, and intended to be used, in any manner or part, to commit and to facilitate the commission of a violation of 18 U.S.C. §§ 371, 1028(a)(1), (a)(2), (a)(3), (a)(5), and 1546(a).

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the Department of Homeland Security, Customs and Border Protection/Immigration and Customs Enforcement, in its secure custody and control.

4. a. Pursuant to 18 U.S.C. §§ 982(b)(1), and 1028(g), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as
PRELIMINARY ORDER OF FORFEITURE    2

the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

      b. This notice shall state that any person, other than the defendants, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

    5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. §§ 982(a)(6)(A)(ii)(II), and 1028(b) in which all interests will be addressed.

    IT IS SO ORDERED.

**Dated:   January 27, 2012**          /s/ Lawrence J. O'Neill
                                           UNITED STATES DISTRICT JUDGE