```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  IAN L. GARRIQUES
    Assistant United States Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, California 93721
 4  Telephone: (559) 497-4000
    Facsimile: (559) 497-4099
 5
    Attorneys for Plaintiff
 6       United States of America
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 1:11-CR-00242 LJO |
|---|---|
| Plaintiff, | ) FINAL ORDER OF FORFEITURE |
| v. | ) |
| DANIEL VASQUEZ-MIRANDA, and ZOILA VAZQUEZ-VAZQUEZ, | ) |
| Defendants. | ) |

WHEREAS, on January 27, 2012, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. §§ 982(a)(6)(A)(ii)(II) and 1028(b), based upon the plea agreement entered into between plaintiff and defendants Daniel Vasquez-Miranda and Zoila Vazquez-Vazquez forfeiting to the United States the following property:

1. Microsoft Thumb Drive P/N X803633;
2. Black Thumb drive BM70911502;
3. Logitech Thumb Drive P/N 831778-0000;
4. Sony Memory Stick 1 GB;
5. HP Office Jet 6310;

|   |   |
|---|---|
| 6. | Two (2)Oki Printers N31171A; |
| 7. | Acer Monitor X183HV; |
| 8. | Computer Tower; |
| 9. | Three (3) Laminators (Model PL4A); |
| 10. | Zebra Card Maker P330I; |
| 11. | Ink and LaserJet Cartridges; |
| 12. | Compact Discs; |
| 13. | Card Stock; |
| 14. | Paper Cutter; and |
| 15. | Laminating Supplies. |

AND WHEREAS, beginning on January 31, 2012, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. §§ 982(a)(6)(A)(ii)(II) and 1028(b), to be disposed of according to law, including all right, title, and interest of Daniel Vasquez-Miranda and Zoila Vazquez-Vazquez.

2. All right, title, and interest in the above-listed property

shall vest solely in the name of the United States of America.

    3.    The Department of Homeland Security, Immigration Customs Enforcement or Customs and Border Protection, shall maintain custody of and control over the subject property until it is disposed of according to law.

    IT IS SO ORDERED.

**Dated:   August 2, 2012**            /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE